IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEUROLOGY CONSULTANTS OF NEBRASKA, P.C., a professional domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | **8:25CV531**<br><br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Joint Motion and Stipulation for Dismissal with Prejudice. Filing 21. The parties jointly stipulate to dismissal of this case with prejudice, with each party to bear and pay its own costs and attorney fees. Filing 21 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Motion and Stipulation for Dismissal with Prejudice, Filing 21, is accepted, and this case is dismissed with prejudice, with each party to bear and pay its own costs and attorney fees.

The Clerk of Court shall close the case.

Dated this 4th Day of May, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1